# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151660(22)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                        SC: 151660
                                        COA: 325545

QUINCY DONTAY ROBERTS,
        Defendant-Appellant.
                                        Mason CC: 02-017992-FH

_____/

       On order of the Court, the motion for reconsideration of this Court's March 8, 2016 order is considered, and it is GRANTED. We VACATE our order dated March 8, 2016. On reconsideration, the application for leave to appeal the April 8, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016



a0615

                                        Clerk